**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **RUDY DE LEON,** | § | |
|   *Plaintiff,* | § | |
| | § | |
| **v.** | § | NO.  **PE:21-CV-00086** |
| | § | |
| **CORY JOSEPH TRAHAN and** | § | |
| **NEW PRIME, INC.,** | § | |
|   *Defendants.* | § | |

### ORDER

BEFORE THE COURT is the Advisory on Settlement (Doc. 251) filed October 30, 2024, informing the Court that the parties have executed a mediated settlement agreement. Accordingly,

This case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before **FORTY-FIVE (45)** days from the docketing of this Order.

All pending motions, if any, are therefore **DENIED AS MOOT**. The Court cancels the Final Pretrial Hearing and Jury Selection/Trial.

It is so **ORDERED**.

SIGNED this 30th day of October, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE