UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| RUDY DE LEON, | § § § § | |
| *Plaintiff,* | | |
| vs. | § § § § § § § | Cause No. 4:21-CV-00086 |
| CORY JOSEPH TRAHAN, and NEW PRIME, INC. d/b/a, PRIME INC., | | |
| *Defendants.* | | |

## ORDER OF DISMISSAL WITH PREJUDICE

On the date hereinafter shown, Plaintiff and Defendants CORY JOSEPH TRAHAN AND NEW PRIME, INC. D/B/A, PRIME INC., announced to the Court that a compromise had been reached in the above entitled and number cause. Plaintiff then moved the Court to dismiss all of his claims pending against CORY JOSEPH TRAHAN AND NEW PRIME, INC. D/B/A, PRIME INC., in this cause with prejudice.

Under the circumstances, the Court is of the opinion that a compromise of all claims and causes of action of Plaintiff against CORY JOSEPH TRAHAN AND NEW PRIME, INC. D/B/A, PRIME INC., pending in this cause has been reached and that all claims and causes of action of Plaintiff against CORY JOSEPH TRAHAN AND NEW PRIME, INC. D/B/A, PRIME INC., pending in this cause should be dismissed with prejudice.

Its is, therefore ORDERED, ADJUDGED, and DECREED that all claims and causes of action of Plaintiff pending against CORY JOSEPH TRAHAN AND NEW PRIME, INC. D/B/A, PRIME INC., in the above-entitled and numbered cause are hereby dismissed with prejudice with costs taxed against the party incurring same.

Signed this the 10th day of December, 2024.

_____
JUDGE

Approved and Entry Requested

*/s/ James D. Tawney*
**JAMES D. TAWNEY**
**DAISY CHAPARRO**
**MARK STANDRIDGE**
*Attorneys for Plaintiff*